# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

137637

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                         SC: 137637
                                         COA: 285843
                                         Wayne CC: 02-000893

JOHN ANTONIO POOLE,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 8, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009                                  _____
                                              Clerk

s0615